**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **KAREN KRUMMEN, et al.,** | : | CASE NO: 1:13cv00193 |
| | : | (J. Dlott, Magistrate J. Litkovitz) |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF NORTH COLLEGE HILL,** | : | |
| et al., | : | |
| | : | |
| **Defendants** | : | |

**MEMORANDUM OF DEFENDANT, CITY OF NORTH COLLEGE HILL IN RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

In November 2012, the voters of the City of North College Hill ("the City") passed an amendment to the City charter which provided for term limits of twelve (12) years for elected officials of the City, including members of City Council.  The charter amendment also provided that these term limits were retroactive, such that any officeholder who had already served twelve years would be disqualified from seeking re-election.

The charter amendment resulted from a ballot initiative proposed by a group of voters in the City.  The City had no involvement in originating the ballot initiative, nor in its ultimate approval by the voters.  In this litigation, two sitting council members of the City are plaintiffs who will be prohibited by the charter amendment's retroactive application from seeking re-election.  One of the proposed intervening plaintiffs is a current council member who would not be prohibited from running for re-election because of the term limit.

At a recent meeting of the City Council on May 6, 2013, the four (4) council members who are not involved as named parties in this litigation, passed a motion by a

three to one vote, which provided that the City would take no position either for or against the relief sought by the Plaintiffs as to the application of the charter amendment.

Accordingly, the City through this Memorandum, advises the Court that it takes no position either in favor or in opposition to Plaintiffs' Motion for a temporary restraining order and injunctive relief.  Further, the City will adhere to and act consistently with, any and all orders entered by this Court in this action adjudicating the retroactive application of the term limits established in the charter amendment.

Respectfully submitted:

*/s/ Lawrence E. Barbiere*
Lawrence E. Barbiere (0027106)
***Attorney for Defendant, City of North College Hill***
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
5300 Socialville-Foster Road, Suite 200
Mason, OH 45040
513-583-4200
513-583-4203 facsimile
Email: lbarbiere@smbplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David A. Pepper, (0071739)
Lori Nuckolls, (0069386)
Nathaniel R. Jones, (0026866)
Blank Rome
1700 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
513-362-8700
513-362-8787 facsimile
dpepper@blankrome.com
nuckolls@blankrome.com
jones-n@blankrome.com

2

William M. Deters II (0065203)
Law Director, North College Hill
1714 West Galbraith Road
Cincinnati, OH 45239
513-421-2540
513-562-4986 facsimile
wmdeters@erflegal.com

Charles W. Anness (0082194)
Hamilton County Prosecutor's Office
230 E. Ninth Street Suite 4000
Cincinnati, OH 45202
513-946-3273
charles.anness@hcpros.org

Colleen M. McCafferty (0079858)
Hamilton County Prosecutor's Office
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
513-946-3133
513 946 3018 facsimile
colleen.mccafferty@hcpros.org

                                                */s/ Lawrence E. Barbiere*
                                                Lawrence E. Barbiere